**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MARLAINA KOLLER CROES,<br><br>Debtor. | Chapter 11<br><br>Case No. 20–22239 (RDD) |

**[PROPOSED] ORDER SCHEDULING INITIAL CASE CONFERENCE**

Marlaina Koller Croes (the "**Debtor**") having filed a petition for reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**") on February 13, 2020, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Room ________, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 on _________, ______, at _ _: _ _ _.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

**ORDERED**, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five (5) largest secured claims, any post-petition lender to

the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: White Plains, New York
February ____, 2020

______________________________________
UNITED STATES BANKRUPTCY JUDGE