# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 2/21/2020 | |
| Case: 20–22239–rdd | Form ID: 309E1 | Total: 27 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Marlaina Koller Croes | 222 Gailmore Drive | Yonkers, NY 10710 |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building   201 Varick Street, Room 1006   New York, NY 10014 |
| aty | Paris Gyparakis | Rosen & Associates, P.C.   747 Third Avenue   New York, NY 10017 | |
| aty | Sanford Philip Rosen | Rosen & Associates, P.C.   747 Third Avenue   New York, NY 10017–2803 | |
| smg | Internal Revenue Service | PO Box 7346   Philadelphia, PA 19101–7346 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551   Albany, NY 12201–551 | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205–0300 | |
| smg | United States Attorney's Office | Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 | |
| 7680214 | 200 SMRR LLC   201 SAW MILL RIVER ROAD   YONKERS, NY 10701 | | |
| 7680215 | 3G LAND GROUP, LLC   27 HIDDEN OAK RD.   BRIARCLIFF MANOR, NY 10510 | | |
| 7680216 | 870 NEPPERHAN AVENUE, LLC   201 SAW MILL RIVER ROAD   YONKERS, NY 10701 | | |
| 7680217 | ATT&T   4331 COMMUNICATIONS DRIVE, FLOOR 4W   DALLAS, TX 75211 | | |
| 7680218 | CAPITAL ONE, N.A.   1680 CAPITAL ONE DR.   MCLEAN, VA 22102 | | |
| 7680219 | CAPTIAL ONE AUTO FINANCE   7933 PRESTON ROAD   PLANO, TX 75024–2302 | | |
| 7680220 | CARRINGTON MORTGAGE SERVICES, LLC   1600 SOUTH DOUGLASS RD.   ANAHEIM, CA 92806 | | |
| 7680221 | GEICO INSURANCE AGENCY, INC.   ONE GEICO PLAZA   WASHINGTON, DC 20076 | | |
| 7680222 | GREEN CAPITAL FUNDING, LLC   116 NASSAU STREET, 8TH FL.   NEW YORK, NY 10038 | | |
| 7680223 | HOWARD LEE   15 BELLWOOD AVE   DOBBS FERRY, NY 10522 | | |
| 7680224 | HOWARD P. MAGALIFF   CHAPRTER 7 TRUSTEE OF ALLWAYS EAST TRANS   C/O ARCHER & GREINER, P.C   630 THIRD AVENUE   NEW YORK, NY 10017 | | |
| 7680225 | MR. CHIMNEY ASBESTOS & CHIMNEY   529 ROCKLAND AVE   MAMARONECK, NY 10543 | | |
| 7680226 | NATIONS EQUIPMENT FINANCE LLC   D/B/A NATIONS FUND I, LLC   501 MERRITT SEVEN, 6TH FLOOR   NORWALK, CT 06851 | | |
| 7680227 | NEW YORK STATE DEP'T OF FINANCE   P.O. BOX 5149   ALBANY, NY 12205 | | |
| 7680228 | PLATTE RIVER INSURANCE COMPANY   P.O. BOX 5900   MADISON, WI 53705 | | |
| 7680229 | SAEB W ALDOGOM   385 ASHFORD AVE   DOBBS FERRY, NY 10522 | | |
| 7680230 | THE LAW OFFICES OF JOSEPH R. MIANO   120 BLOOMINGDALE RD, #306   WHITE PLAINS, NY 10605 | | |
| 7680231 | THE PORT AUTHORITY OF NEW YORK & NEW JER   150 GREENWICH STREET   4 WORLD TRADE CENTER, 24TH FLOOR   NEW YORK, NY 10007 | | |
| 7680232 | WALTER JACKSON   4 ROLLING WAY, UNIT N   PEEKSKILL, NY 10566 | | |

TOTAL: 27