UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| MARLAINA KOLLER CROES FKA MARLAINA CROES FKA MARLAINA KOLLER-GURGIGNO | Case No. 20-22239-rdd<br>Chapter 11 |

Debtor.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2020, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and that a true correct copy has been served via CM/ECF or United States Mail to the following parties:

Sanford Philip Rosen
Rosen & Associates, P.C.
747 Third Avenue
New York, NY 10017-2803

Office of the U.S. Trustee - Southern White Plains
Office of the United States Trustee
US Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014

      /s/ Jen VanStrander
      Jen VanStrander
      Bankruptcy Clerk