**ROSEN & ASSOCIATES, P.C.**
*Proposed Counsel to the Debtor and*
  *Debtor-In-Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MARLAINA KOLLER CROES,<br><br>                              Debtor. | Chapter 11<br>Case No. 20–22239 (RDD) |

# NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE**, that the following matters, originally scheduled for April 9, 2020 at 10:00 a.m., have been adjourned to **May 15, 2020 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Courtroom 118 of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601:

(i) The initial case management conference scheduled by the Court through the *Order Scheduling Initial Case Conference* [Doc. No. 6] dated February 18, 2020; and

(ii) The hearing on the *Motion of the United States Trustee for an Order Dismissing this Chapter 11 Case* [Doc. No. 15].

[*signature page follows*]

Dated: New York, New York
       March 31, 2020

                **ROSEN & ASSOCIATES, P.C.**
                *Proposed Counsel to the Debtor*
                  *and Debtor-In-Possession*

By: _____
      Paris Gyparakis

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100