# United States Bankruptcy Court
## Southern District of New York

In re **Marlaina Koller Croes**  
Debtor(s)

Case No. **20-22239 (RDD)**  
Chapter **11**

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Marlaina Koller Croes,** declare under penalty of perjury that the foregoing is true and correct :

- ☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- ☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- ☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from an employer, and they are attached.

Date **May 6, 2020**        Signature _/s/ Marlaina Koller Croes_



| Employee | KOLLER, MARLAINA | Check Date | 12/6/2019 |
|---|---|---|---|
| SSN | ***-**-6000 | Period Start | 11/25/2019 |
| Occupation | OFFICE | Period End | 12/1/2019 |
| Department | (unassigned) | Employee ID | 896521200069 |
| Address | 222 GAITMORE DR | Pay Type | Salary |
| | YONKERS, NY 10710 | Hire Date | 4/4/2017 |

| Earnings and Other Pay | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular ((unassigned)) | 25.00 | 12.50 | $312.50 | $33,445.00 |

| Deductions and Adjustments | Amount | YTD |
|---|---|---|
| NY PAID FAM LEAV | $0.48 | $56.16 |
| NY DISAB INSURAN | $0.60 | $24.00 |

| Statutory Withholding | Amount | YTD |
|---|---|---|
| Federal | $25.00 | $9,134.64 |
| FICA - OASDI | $19.38 | $3,803.40 |
| Medicare - FICA | $4.53 | $889.51 |
| New York | $6.84 | $3,074.84 |
| Yonkers Single | $1.15 | $520.19 |

| Totals | Hours | Earnings | Deductions | Net |
|---|---|---|---|---|
| Current | 25.00 | $312.50 | $57.98 | $254.52 |
| YTD | | $89,597.82 | $20,254.89 | $69,342.93 |