**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MARLAINA KOLLER CROES,<br><br>Debtor. | Chapter 11<br><br>Case No. 20–22239 (RDD) |

**NOTICE OF CASE MANAGEMENT CONFERENCE**

       **PLEASE TAKE NOTICE** that a case management conference in the above-captioned matter will be held on **August 28, 2020 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Dated: New York, New York
      June 1, 2020

                                          **ROSEN & ASSOCIATES, P.C.**
                                          *Counsel to the Debtor and*
                                             *Debtor-in-Possession*

                                          By: _____
                                                  Paris Gyparakis

                                          747 Third Avenue
                                          New York, NY 10017-2803
                                          (212) 223-1100