**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MARLAINA KOLLER CROES,<br><br>Debtor. | Chapter 11<br><br>Case No. 20–22239 (RDD) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

1. I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

2. On June 5, 2020, I served a copy of the *Debtor's Application to Employ Law Office of Shari B. Rackman as Special Matrimonial Counsel* [Doc. No. 35] together with the *Notice of Presentment* thereof [Doc. No. 36], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       June 11, 2020

                                                                                    Paris Gyparakis

**SERVICE LIST**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Greg M. Zipes, Esq.

200 SMRR LLC
201 Saw Mill River Road
Yonkers, NY 10701

3G Land Group, LLC
27 Hidden Oak Rd.
Briarcliff Manor, NY 10510

870 Nepperhan Avenue, LLC
201 Saw Mill River Road
Yonkers, NY 10701

AIS Portfolio Services, LP
*c/o Capital One Auto Finance*
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

AT&T Services Inc.
One AT&T Way, Ste 3A104
Bedminster, NJ 07921

Capital One, N.A.
1680 Capital One Dr.
McLean, VA 22102

Chiesa Shahinian & Giantomasi PC
*Attorneys for Platte River Insurance
   Company*
One Boland Drive
West Orange, NJ 07052
Attn: Marc R. Lepelstat, Esq.

Farrell Fritz, P.C.
*Attorneys for Nations Fund I, LLC*
400 RXR Plaza
Uniondale, NY 11556
Attn: Darren A. Pascarella, Esq.

GEICO Insurance Agency, Inc.
One GEICO Plaza
Washington, DC 20076

Green Capital Funding, LLC
116 Nassau Street, 8th Fl.
New York, NY 10038

Horacio Rodriquez
55 Gilbert Place
Yonkers, NY 10701

Howard Lee
15 Bellwood Ave
Dobbs Ferry, NY 10522

Howard P. Magaliff
*Chaprter 7 Trustee of Allways East
   Transportation, Inc.*
c/o Rich Michaelson Magaliff, LLP
335 Madison Avenue, 9th Fl.
New York, NY 10017

Mr. Chimney Asbestos & Chimney
529 Rockland Ave
Mamaroneck, NY 10543

Office of the NYS Attorney General
*Attorneys for NYS Dep't of Taxation &
   Finance*
28 Liberty Street, 17th Fl.
New York, NY 10005
Attn: Enid Nagler Stuart, Esq.

Saeb W Aldogom
385 Ashford Ave
Dobbs Ferry, NY 10522

The Law Offices of Joseph R. Miano
120 Bloomingdale Rd, #306
White Plains, NY 10605

Port Authority of New York & New Jersey
150 Greenwich Street
New York, NY 10007

Walter Jackson
4 Rolling Way, Unit N
Peekskill, NY 10566

Woods Oviatt Gilman, LLP
*Attorneys for Carrington Mortgage
   Services, LLC*
500 Bausch & Lomb Place
Rochester, NY 14604
Attn: Brittany J. Maxon, Esq.