**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MARLAINA KOLLER CROES,

Debtor.

Chapter 11

Case No. 20–22239 (RDD)

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the following matters, originally scheduled for August 28, 2020 at 10:00 a.m., have been adjourned to **October 21, 2020 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601:

(i) The case management conference, initially scheduled by the Court through the *Order Scheduling Initial Case Conference* [Doc. No. 6]; and

(ii) The *Loss Mitigation Status Conference* with Carrington Mortgage Service LLC with respect to 222 Gailmore Drive, Yonkers, NY 10710 regarding Loan Ending in 5161.

Dated: New York, New York
      October 13, 2020

**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor and*
  *Debtor-in-Possession*

By: _____
     Paris Gyparakis

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100