

500 Bausch & Lomb Place
Rochester, NY 14604

P 855-227-5072  F 585-454-0302

woodsdefaultservices.com

January 4, 2021

Honorable Robert D. Drain
300 Quarropas Street
Room 248
White Plains, NY 10601

**Re:** **Marlaina Koller Croes**
**Case No.:** **20-22239-rdd**
**Premises:** **222 Gailmore Drive, Yonkers, NY 10710**

Dear Hon. Robert D. Drain:

    Please allow this letter to serve as a written status report, submitted on behalf of Carrington Mortgage Services, LLC (the "Secured Creditor") in preparation of the January 11, 2021 Loss Mitigation Hearing. A missing documents letter was sent to Debtor's Counsel on December 7, 2020. To date, no documents have been received.

    If you have any questions please let me know at the above phone number or email.

    Very truly yours,
    /s/ Brittany J. Maxon

    Brittany J. Maxon, Esq.

cc:

Paris Gyparakis, Esq.
Marlaina Koller Croes
Office of the U.S. Trustee - Southern White Plains, Esq.

101247-5

United States Trustee

**The law firm of Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.**

101247-5