*500 Bausch & Lomb Place*
*Rochester, NY 14604*

P 855-227-5072  F 585-454-0302



ATTORNEYS
woodsdefaultservices.com

February 25, 2021

Honorable Robert D. Drain
300 Quarropas Street
Room 248
White Plains, NY 10601

**Re:**        **Marlaina Koller Croes**
**Case No.:**  **20-22239-rdd**
**Premises:**  **222 Gailmore Drive, Yonkers, NY 10710**

Dear Hon. Robert D. Drain:

Please allow this letter to serve as a written status report, submitted on behalf of Carrington Mortgage Services, LLC (the "Secured Creditor") in preparation of the March 9, 2021 Loss Mitigation Hearing. The documents submitted on February 16, 2021 are currently being reviewed by the Secured Creditor.

If you have any questions please let me know at the above phone number or email.

Very truly yours,
/s/ Brittany J. Maxon
Brittany J. Maxon, Esq.

cc:

Paris Gyparakis, Esq.
Marlaina Koller Croes
Office of the U.S. Trustee - Southern White Plains, Esq.
United States Trustee


101247-5

**The law firm of Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.**

101247-5