

*500 Bausch & Lomb Place*
*Rochester, NY 14604*

P 855-227-5072  F 585-454-0302
bkinbox@woodsdefaultservices.com

April 23, 2021

Honorable Robert D. Drain
300 Quarropas Street
Room 248
White Plains, NY 10601

**Re:** **Marlaina Koller Croes**
**Case No.:** **20-22239-rdd**
**Premises:** **222 Gailmore Drive, Yonkers, NY 10710**

Dear Hon. Judge Drain:

Please allow this letter to serve as a written status report, submitted on behalf of Carrington Mortgage Services, LLC (the "Secured Creditor") in preparation of the April 29, 2021 Loss Mitigation Hearing. Documents were received from the Debtor's attorney on April 20, 2021 and are currently being reviewed by the Secured Creditor.

If you have any questions please let me know at the above phone number or email.

Very truly yours,

*/s/ Brittany J. Maxon*

Brittany J. Maxon, Esq.

cc:

Paris Gyparakis
Marlaina Koller Croes
United States Trustee

**The law firm of Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.**

101247-5