

U.S. Department of Justice

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*  (212) 510-0500
*Room 1006*  *Fax: (212) 668-2255*
*New York, New York 10014*

**CONVERTED CASE MEMORANDUM**

TO:  Mimi Correa, Senior Case Management Specialist
     White Plains, New York

FROM:  William K. Harrington
       United States Trustee

PREPARED BY:  Mary Moroney

DATE:  June 8, 2021

RE:  Appointment of Chapter 7 Trustee - Converted Case
     From Chapter 11 case to Chapter 7 - And Scheduling
     of Section 341(a) Meeting To Be Noticed by Clerk's
     Office
-----------------------------------------------------------------

The below listed case has been reviewed.

**Mark Tulis** has been selected as the interim trustee for this case. His address is **Tulis Wilkes Huff & Geiger, LLP, 220 White Plains Road, 2nd Floor, Tarrytown, New York 10591. Phone (914) 747-4400.**

Please schedule the 341(a) meeting for this White Plains case to **July 6, 2021.** The meeting will be conducted by the trustee as a **telephone conference** at the time indicated below:

**CONVERTED CHAPTER (11) CASE TO CHAPTER 7N CASE**

11:00 A.M.

Marlaina Koller Croes          20-22239(RDD)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

Marlaina Koller Croes,           20-22239(RDD)

Debtor(s).

APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
AND DESIGNATION OF REQUIRED BOND

**Mark Tulis** of White Plains, New York is hereby appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor(s). See 11 U.S.C. 701(c). If no trustee is elected, you shall serve as the Trustee in this case by operation of law. 11 U.S.C. 702(d).

The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with the Office. See 11 U.S.C. 322(a) Federal Rules of Bankruptcy Procedure 2010(a). In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:  New York, New York
        June 8, 2021

William K. Harrington
William K. Harrington
UNITED STATES TRUSTEE
201 Varick Street
Room 1006
New York, New York  10014
(212) 510-0500

‣‣ FILE A:\WHITEPLA