**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor*
PO Box 1274
Shelter Island, NY 11965
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MARLAINA KOLLER CROES,<br><br>         Debtor. | Chapter 7<br><br>Case No. 20–22239 (SHL) |

## ORDER WITHDRAWING MOTION WITHOUT PREJUDICE

  Upon the motion (the "**Motion**") of Marlaina Koller Croes, the above-captioned debtor (the "**Debtor**"), by her counsel, Rosen & Associates, P.C., for the entry of an order, pursuant to 11 U.S.C. § 522(f), avoiding the judicial liens of the Law Offices of Joseph R. Miano ("Miano"); and the Court having jurisdiction to consider and determine the Motion and the relief requested therein as a core proceeding in accordance with 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Motion, any objections thereto including the objection of Miano, and briefs and arguments of counsel; and it appearing that due and proper notice of the Motion was provided to all parties-in-interest, and it appearing that at a hearing or December 14, 2023, the Debtor, through her counsel, indicated that she wished to withdraw the Motion without prejudice; and no other or further notice need be provided; and after due deliberation and sufficient cause appearing to me therefor, it is hereby

  **ORDERED**, that the Motion be, and the same hereby is, withdrawn without prejudice; and it is further

**ORDERED**, that the Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated: January 24, 2024
      White Plains, New York

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE